IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

STEPHEN D. WESBROOK, Ph.D.,

    Plaintiff,

v.                                Case No.: 13-cv-494

KARL J. ULRICH, M.D., and
EDWARD A. BELONGIA, M.D.

    Defendants.

### NOTICE OF APPEAL

To:    Peter A. Oppeneer, Clerk        Donald K. Schott
       United States District Court        Emily Feinstein
       Western District of Wisconsin     Rachel A. Graham
       120 North Henry Street            Quarles & Brady, LLP
       Madison, WI 53703                33 East Main Street, Ste. 900
                                                   P.O. Box 2113
                                                   Madison, WI 53701-2113

       NOTICE IS HEREBY GIVEN that Plaintiff, Stephen D. Wesbrook, Ph.D., in the above-named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Opinion and Order (Dkt. 103) and Judgment in a Civil Case (Dkt. 104) entered in this action on December 3, 2015 and December 4, 2015, respectively, dismissing Plaintiff's claims against Defendants Karl J. Ulrich, M.D. and Edward A. Belongia, M.D.

Dated this 28th day of December, 2015.

          STEPHEN D. WESBROOK, Ph.D.
          By his attorneys,

          */s/ Lester A. Pines* .
          Lester A. Pines, SBN 01016543
          Attorneys for the Plaintiff
          CULLEN WESTON PINES & BACH LLP
          122 West Washington Avenue, Suite 900
          Madison, WI 53703
          Telephone: (608) 251-0101
          Facsimile: (608) 251-2883
          Email: pines@cwpb.com